## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Chad Guidry
Attorney at Law
P. O. Box 447
Kinder LA 70648

**REHEARING ACTION: December 26, 2012**

**Docket Number: 12   00953-KW**

**STATE OF LOUISIANA**
**VERSUS**
**DARRELL PRATER**

**Writ Application from Allen Parish Case No. 2011-6022**

<u>**BEFORE JUDGES**</u>**:**

**Hon. Oswald A. Decuir**
**Hon. Elizabeth A. Pickett**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Darrell Prater** has this day been

**DENIED.**

cc: Herbert Todd Nesom, Counsel for the Respondent
    Joe Green, Counsel for the Applicant